IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAYNARD WILDER,

      Petitioner,

v.                                      CASE NO. 1:06-cv-00059-MP-AK

STATE OF FLORIDA,

      Defendant.

_____/

## O R D E R

      This matter is before the Court on Doc. 6, Report and Recommendations of the

Magistrate Judge, recommending that Raynard Wilder's amended petition for writ of habeas

corpus, Doc. 4, be transferred to the United States District Court for the Middle District of

Florida.  The Magistrate Judge filed the Report and Recommendation on Wednesday, May 3,

2006.  The parties have been furnished a copy of the Report and Recommendation and have been

afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section

636(b)(1), this Court must make a *de novo* review of those portions to which an objection has

been made.  In this instance, however, no objections were made.  Therefore, having considered

the Report and Recommendation, I have determined that the Report and Recommendation

should be ADOPTED. Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation is adopted and incorporated
      by reference in this order.

2.      Raynard Wilder's amended petition for writ of habeas corpus, Doc. 4, is
      transferred to the United States District Court for the Middle District of Florida.

**DONE AND ORDERED** this __*6th*__ day of June, 2006

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge